# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 15-52203 MLO Judge: MARIA L. OXHOLM | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | BARDEN DEVELOPMENT, INC., | Date Filed (f) or Converted (c): | 08/17/15 (f) |
| | | 341(a) Meeting Date: | 09/24/15 |
| For Period Ending: 02/28/23 | (16th reporting period for this case) | Claims Bar Date: | 12/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Comerica Bank | 597,815.72 | 597,815.72 | | 597,815.72 | FA |
| 2. Settlement proceeds<br>NOTE: Trustee's Estimated Net Value compromised P/O 09/16/16. | 5,750,000.00 | 5,750,000.00 | | 3,396,981.00 | FA |
| 3. REFUND - D & O INSURANCE (u)<br>NOTE: Trustee will leave D & O insurance in place. No refund due. | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 4. UNCLAIMED PROPERTY (STATE OF MICHIGAN) (u) | 42,258.25 | 42,258.25 | | 0.00 | 42,258.25 |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,405,073.97 | $6,405,073.97 | | $3,994,796.72 | $42,258.25 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/28/23 - TRUSTEE TO ADMINISTER STATE OF MICHIGAN UNCLAIMED PROPERTY ($42,258.25);
02/28/23 - BASIL T. SIMON REAPPOINTED AS TRUSTEE;
02/27/23 - ORDER TO REOPEN ENTERED;
02/27/23 - US TRUSTEE'S MOTION TO REOPEN FILED;
04/13/17 - TRUSTEE'S TDR FILED AND CASE CLOSED;
10/04/16 - SUPPLEMENTAL BOND ISSUED;
09/19/16 - ORDER TO COMPROMISE ENTERED 09/16/16 (PAYMENT IN FULL DUE WITHIN 10 DAYS);
08/22/16 - TRUSTEE HAS FILED HIS MOTION TO COMPROMISE;
07/13/16 - TRUSTEE HAS ACCEPTED A CONDITIONAL PAYOFF OF A/R OF $2,896,981.00;
03/08/16 - COLLECTION OF SETTLEMENT PROCEEDS (APPROX APRIL 24);
02/21/16 - TRUSTEE WILL LEAVE D & O INSURANCE IN PLACE. NO REFUND DUE;
02/04/16 - TRUSTEE TO CANCEL D & O INSURANCE AND IS ANTICIPATING A REFUND;
09/15/15 - WAITING FOR BAR DATE TO EXPIRE (12/14/15);
09/11/15 - TRUSTEE TO REQUEST SETTLEMENT PROCEEDS FROM MOTOR CITY CASINO OR TO COMPROMISE BALANCE OF SAME (ORIGINAL PAYMENT SCHEDULE IS THRU 2027 - $500,000 PER YEAR);
09/08/15 - BANK FUNDS RECEIVED; WAITING FOR BANK STATEMENTS;
08/18/15 - TRUSTEE HAS SENT REQUEST TO COMERICA BANK TO CLOSE ACCOUNT AND FORWARD FUNDS AND COPIES OF THE LAST 12 MONTHS OF BANK STATEMENTS;

Initial Projected Date of Final Report (TFR): 06/30/28    Current Projected Date of Final Report (TFR): 09/30/24

/s/ BASIL T. SIMON, TRUSTEE
_____  Date: 02/28/23
BASIL T. SIMON, TRUSTEE
SIMON, STELLA & ZINGAS, P.C.

| | | | |
|---|---|---|---|
| Case No: | 15-52203 MLO Judge: MARIA L. OXHOLM | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| Case Name: | BARDEN DEVELOPMENT, INC., | Date Filed (f) or Converted (c): | 08/17/15 (f) |
| | | 341(a) Meeting Date: | 09/24/15 |
| | | Claims Bar Date: | 12/14/15 |

645 GRISWOLD
SUITE 3466
DETROIT, MI 48226-4216
Phone: (313) 962-6400
Email: bsimon@sszpc.com
Bar Number: P26340